IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KVON ROYALE SMITH,

    Plaintiff,

v.

WI GOVERNMENT ACCOUNTABILITY
BOARD, DANE COUNTY SHERIFF'S OFFICE,
DON NEVIASER and
WISCONSIN BADGERS FOOTBALL,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-945-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice as frivolous.

_____   1/29/13
Peter Oppeneer, Clerk of Court        Date